■ In the Matter of ROBERT P. MORAN, JR., an Attorney, Respondent. [778 NYS2d 331]—A certified copy of plea minutes having been filed showing that Robert P. Moran, Jr. was convicted of criminal possession of a controlled substance in the third degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Hayes, JJ.

■ In the Matter of FRANCES J. FOOTE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [778 NYS2d 331]—Order of suspension entered. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Hayes, JJ.

■ In the Matter of RONALD ARLO CASE, an Attorney, Resignor. [778 NYS2d 331]—Voluntary resignation accepted and name removed from the roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of MARGARET A. SHAW, an Attorney, Resignor. [778 NYS2d 332]—Voluntary resignation accepted and name removed from the roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.